# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00136-CV

**B. N. V. P., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-16-003035, THE HONORABLE DARLENE BYRNE, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant B. N. V. P. filed her notice of appeal on March 5, 2018. The appellate record was complete April 9, 2018, making appellant's brief due April 30, 2018. On May 2, 2018, this Court issued an order to appellant's counsel, Tracy Harting, requiring her to file appellant's brief by May 17, 2108. We have since been informed that appellant's counsel is now Robert Galvin. To date, appellant's brief has not been filed.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule requires greater compliance with briefing deadlines. Therefore, we order counsel, Robert Galvin, to file appellant's brief no later than

June 11, 2018.  If the brief is not filed by that date, Galvin may be required to show cause why he should not be held in contempt of court.

It is ordered on May 22, 2018.

Before Justices Puryear, Pemberton, and Bourland